## N.C. FARM BUREAU MUT. INS. CO. v. AYAZI

No. 290PA92

Case below: 106 N.C.App. 475

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals allowed 18 November 1992.

## NCNB NATIONAL BANK v. LYNN

No. 334P92

Case below: 107 N.C.App. 302

Petition by defendant (Bob Dunn Ford, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

## PERRY-GRIFFIN FOUNDATION v. PROCTOR

No. 374P92

Case below: 107 N.C.App. 528

Petition by defendant (Jimmie C. Proctor) for writ of supersedeas and temporary stay denied 22 October 1992.

## RYLES v. DURHAM COUNTY HOSPITAL CORP.

No. 373P92

Case below: 107 N.C.App. 454

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992. Amended petition filed by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992. Motion to dismiss and strike by defendant and response to plaintiff's amendment to petition for discretionary review dismissed 18 November 1992.